**Order entered December 15, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01432-CV

### IN RE RONALD KEVIN PERRIOTT, Relator

### Original Proceeding from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F84-84710

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's December 6, 2016

petition for writ of mandamus for want of jurisdiction.

/s/ ELIZABETH LANG-MIERS
JUSTICE